JS-6

ARIEL PIERRE CALONNE, City Attorney (SBN 110268)
Tom R. Shapiro, Assistant City Attorney (SBN 127383)
Post Office Box 1990
Santa Barbara, California 93102-1990
Telephone: (805) 564-5326
Fax: (805) 897-2532
Email: tshapiro@santabarbaraca.gov

```
                          FILED
                CLERK, U.S. DISTRICT COURT

                     June 25, 2015

              CENTRAL DISTRICT OF CALIFORNIA
              BY: _____ PG DEPUTY
```

Attorneys for Defendants, City of Santa Barbara,
the Santa Barbara Police Department, and
Santa Barbara Police Officer Brian Sathre

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANY TACADENA, an individual and as Successor in Interest to decedent Brian Phillip Tacadena,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SANTA BARBARA, THE SANTA BARBARA POLICE DEPARTMENT; and SANTA BARBARA POLICE OFFICER BRIAN SATHRE,<br><br>　　　　Defendants. | CASE NO. CV14-06321-CAS (JEMx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: August 21, 2014<br>FAC Filed: May 27, 2015 |

　　　Pursuant to the agreement of the parties to this action as evidenced by their Stipulated Dismissal filed concurrently herewith,

　　　**IS HEREBY ORDERED** that the entire above-entitled action be dismissed with prejudice.

DATED: 6/25/15

　　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　Christina A. Snyder
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1